UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DEFRATUS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 22-cv-04099-TLT<br><br>**ORDER TO SHOW CAUSE WHY MOTION TO DISMISS SHOULD NOT BE GRANTED AS UNOPPOSED**<br><br>Re: Dkt. No. 27 |

On January 13, 2023, defendant State Farm Fire and Casualty Company ("Defendant") filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). *See* ECF No. 27.

In response to Defendant's motion, plaintiffs Gary and Nancy Defratus (collectively, "Plaintiffs") stated as follows:

> "[Defendant] State Farm General [Insurance Company] is 100% liable for the claims by Plaintiffs despite the acts and omissions of [defendant] State Farm Fire [and Casualty Company], and counsel expect to file a Stipulation and Order that so stipulates and that results in the dismissal of State Farm Fire [and Casualty Company]. If a Stipulation and Order to that effect has not been filed before the hearing on this matter, that should be the court's order.

ECF No. 30. As of the date of this Order, the parties have not filed a stipulated notice of dismissal as to Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Because no substantive response or opposition to Defendant's motion was filed by the deadline, and because no stipulated notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) has been filed to date, Plaintiffs are hereby **ORDERED** to show cause why Defendant's motion should not be granted as unopposed. Plaintiffs shall file a response to this Order to Show Cause by April 18, 2023. Alternatively, Plaintiffs may respond to this Order to Show Cause by filing a stipulated notice of dismissal as to Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) by April 18, 2023. As such, the April 18, 2023, motion hearing is **VACATED**.

**IT IS SO ORDERED.**

Dated: April 10, 2023

                                                                          _____
                                                                          TRINA L. THOMPSON
                                                                          United States District Judge