STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesscott.com
JAMIE A. RADACK (SBN 221000)
jradack@hayesscott.com
HAYES SCOTT BONINO
ELLINGSON & GUSLANI LLP
333 Twin Dolphin Dr. Suite 230
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendants
STATE FARM GENERAL INSURANCE COMPANY and
STATE FARM FIRE AND CASUALTY COMPANY

STEPHEN G. OPPERWALL (SBN 100057)
steve.opperwall@comcast.net
LAW OFFICES OF STEPHEN G. OPPERWALL
4900 Hopyard Road, Suite 100
Pleasanton, California 94588
Telephone: 925.417.0300
Facsimile: 925.417.0301

Attorney for Plaintiffs
GARY and NANCY DeFRATUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DeFRATUS, NANCY DeFRATUS,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY; STATE FARM FIRE AND CASUALTY COMPANY; and DOES 1-50, Inclusive,<br><br>Defendants. | CASE NO.   3:22-cv-04099 TLT<br><br>**STIPULATION OF DISMISSAL; [~~PROPOSED~~] ORDER**<br>**[Fed. Rule Civ. Proc., Rule 41(a)(2)]** |

IT IS HEREBY STIPULATED by plaintiffs Gary DeFratus and Nancy DeFratus by and through their attorneys of record, Stephen G. Opperwall, Esq. of the Law Offices of Stephen G. Opperwall, and defendant State Farm General Insurance Company through their attorney of record Stephen P. Ellingson, Esq. of Hayes Scott Bonino Ellingson & Guslani LLP, that the above-captioned action be, and hereby is, DISMISSED subject to conditions pursuant to Federal Rules of Civil Procedure, rule 41(a)(2). Each party to bear its own costs, attorney fees, liens and other repayment obligations.

1. Plaintiffs' claim for breach of contract shall be dismissed without prejudice, subject to the conditions set forth herein.
2. Plaintiffs' claims for breach of the implied covenant of good faith and fair dealing and Unfair Insurance Practices shall be dismissed with prejudice;
3. State Farm Fire and Casualty Company shall be dismissed with prejudice;
4. If plaintiffs re-file a lawsuit as to any claims that arise out of or are related to any of the facts or circumstances at issue in the instant lawsuit (hereinafter "New Lawsuit"), such New Lawsuit shall allege only breach of contract and shall be filed in the United States District Court for the Northern District of California;
5. Plaintiffs shall not challenge federal court jurisdiction in the New Lawsuit; and
6. Any New Lawsuit shall name only State Farm General Insurance Company and no new parties, including but not limited to any State Farm sales agents or claim handling personnel.

Dated:  November 9, 2023          HAYES SCOTT BONINO
                                  ELLINGSON & GUSLANI LLP

                                  By:   */S/ Stephen P. Ellingson*
                                        STEPHEN M. HAYES
                                        STEPHEN P. ELLINGSON
                                        JAMIE A. RADACK
                                        Attorneys for Defendants
                                        STATE FARM GENERAL INSURANCE
                                        COMPANY AND STATE FARM FIRE AND
                                        CASUALTY INSURANCE COMPANY

Dated:  November 9, 2023     LAW OFFICES OF STEPHEN G. OPPERWALL

By:   /S/ Stephen G. Opperwall
STEPHEN G. OPPERWALL
Attorney for Plaintiffs
GARY and NANCY DEFRATUS

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the Court hereby orders as follows:

7. Plaintiffs' claim for breach of contract is hereby dismissed without prejudice, subject to the conditions set forth below;

8. Plaintiffs' claims for breach of the implied covenant of good faith and fair dealing and Unfair Insurance Practices are hereby dismissed with prejudice;

9. State Farm Fire and Casualty Company hereby is dismissed with prejudice;

10. If plaintiffs re-file a lawsuit alleging any claims that arise out of or are related to any of the facts, circumstances or claims at issue in the instant lawsuit (hereinafter "New Lawsuit"), such New Lawsuit shall be filed in the United States District Court for the Northern District of California;

11. Plaintiffs shall not challenge federal court jurisdiction in the New Lawsuit; and

12. Any New Lawsuit shall name only State Farm General Insurance Company and no new parties, including but not limited to any State Farm sales agents or claim handling personnel.

Dated:  November 9, 2023

Dated:  November 13, 2023

HONORABLE TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE FOR THE
NORTHERN DISTRICT OF CALIFORNIA